**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------X

MICHAEL PATTERSON,

Plaintiff,

24 **CIVIL** 2106 (NRB)

-against-

**JUDGMENT**

THE CITY OF NEW YORK, JAVAD VALAD,
BRIAN HINTON, and MATTHEW BRENNAN.

Defendants.

------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated September 2, 2026, Defendants' motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

September 4, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**